Mitchel T. Rice, No. 6022
Andrea M. Keysar, No. 12139
Marianne S. Olivetti, No. 14781
MORGAN, MINNOCK, RICE & MINER, L.C.
Kearns Building, Eighth Floor
136 South Main Street, Suite 800
Salt Lake City, Utah 84101
Telephone No.: (801) 531-7888
Facsimile No.: (801) 531-9732
Email: mrice@mmrm.com

*Attorneys for Defendant Walmart Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MICHELLE REASNER,<br><br>    Plaintiff,<br><br>vs.<br><br>WALMART INC., and DOES 1-50 INCLUSIVE,<br><br>    Defendants. | **NOTICE OF REMOVAL**<br><br><br>Case No. 2:24-cv-00214-DBP<br><br>Magistrate Judge Dustin B. Pead |

NOTICE IS HEREBY GIVEN that Walmart Inc., Defendant in the above-entitled action, by and through its Counsel of record, hereby removes this action from the Third Judicial District Court, Salt Lake County, State of Utah, to the United States District Court, District of Utah, Central Division, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and respectfully states as follows:

1. Plaintiff, Michelle Reasner, filed this civil action, case number 240901186, against Walmart Inc. in the Third Judicial District Court, Salt Lake County, State of Utah, on or about February 13, 2024.   (Complaint at 3, attached as Exhibit "A").

2. Defendant, Walmart Inc., received service of process on March 4, 2024. (Summons at 1, attached as Exhibit "B").

3. As more fully set forth below, this case is properly removed to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 because Defendant has (1) satisfied the procedural requirements for removal, and (2) this Court has subject matter jurisdiction over this action under 28 U.S.C. § 1332.

4. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon Counsel for Plaintiff, and a copy is also being filed with the Clerk of the Court for the Third Judicial District Court.

5. With respect to diversity, the citizenship of the Parties is diverse in this action and is set forth below.

6. Plaintiff is and at all relevant times was a resident of the State of California, domiciled in Santa Maria.

7. Defendant, Walmart Inc., is and was at the time of the commencement of this action a Delaware corporation with its principal place of business in Bentonville, Arkansas.

8. With respect to the amount in controversy, Plaintiff designated this action as "Tier Three" for purposes of Discovery under Utah Rule of Civil Procedure 26(c), demonstrating that Plaintiff is alleging damages in excess of $300,000. (*Id*. ¶¶ 17, 24–25 and 33–34, Exhibit "A").

9. With respect to the amount in controversy, Plaintiff has alleged permanent and disabling injuries, past medical care, lost wages, lost earning capacity, and general damages, as well as punitive damages. (*Id*., Exhibit "A").

10. Based on the foregoing, Plaintiff's alleged injuries and damages are sufficient to support a claim in excess of $75,000, and thereby satisfy the requisite amount in controversy for removal of this case. *McPhail v. Deere & Comp.*, 529 F.3d 947, 956 (10th Cir. 2008) ("A complaint that presents a combination of facts and theories of recovery that may support a claim in excess of $75,000 can support removal.").

11. Due to the complete diversity of the Parties to this action, and the amount in controversy in excess of $75,000, this case meets the requirements for removal to Federal Court pursuant to 28 U.S.C. § 1332.

12. Venue is proper in the United States District Court, District of Utah, Central Division, because the lawsuit was filed in Salt Lake County, State of Utah.

WHEREFORE, Defendant, Walmart Inc., respectfully removes this action from the Third Judicial District Court, Salt Lake County, State of Utah, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and respectfully requests that this Court assume complete jurisdiction over this action and exclude any further proceedings in State Court.

DATED this 21st day of March, 2024,

MORGAN, MINNOCK, RICE & MINER, L.C.

  */s/ Mitchel T. Rice*
Mitchel T. Rice
Andrea M. Keysar
Marianne S. Olivetti
*Attorneys for Defendant Walmart Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of March, 2024, I caused a true and correct copy of the foregoing **NOTICE OF REMOVAL** to be electronically filed and served via electronic filing, and USPS first-class mail, postage pre-paid, to the following:

> Stephen Austin austinlaws@gmail.com
> LAW OFFICES OF STEPHEN AUSTIN
> 336 North 930 East
> Lindon, Utah 84042
> *Attorneys for Plaintiff*

And via the Court's electronic filing system to the following:

> THIRD JUDICIAL DISTRICT COURT – Salt Lake County
> Clerk of the Court
> Matheson Courthouse
> 450 South State Street
> PO Box 1860
> Salt Lake City, Utah 84114-1860

>                                     */s/ Krystal Day*
>                                     Krystal Day